Carlene M. Simmons
Macey & Aleman, P.C.
101 N. First Ave., Suite 2340
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
cms@legalhelpers.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Joseph Martin, et al., | Case No. 2:08-cv-01917-JAT |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Client Services, Inc., | |
| Defendant. | |

Now come Plaintiffs, by and through counsel, and hereby give notice that the parties in the above-captioned matter reached a settlement. Plaintiffs anticipate filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Carlene M. Simmons*
Carlene M. Simmons
101 N. First Ave., Suite 2340
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
cms@legalhelpers.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*