IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joseph Martin, et al. | ) | |
| | ) | CIV 08-1917-PHX-JAT |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| Client Services, Inc. | ) | **JUDGMENT** |
| | ) | |
| Defendant | ) | |
| | ) | |

    This action having come before the Court, the issues having been considered, and a decision having been rendered, IT IS ORDERED pursuant to the Court's order filed on February 26, 2009, this action is hereby dismissed with prejudice.

                    DATED this 15th day of April 2009, at Phoenix, AZ


                    RICHARD H. WEARE
                    District Court Executive/Clerk of Court


                    By   s/Tammy  Johnson
                    Deputy Clerk